# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOSHUA BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-CV-098-KAC-DCP ) |
| MEDICAL STAFF AT CORE CIVIC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this *pro se* unsigned complaint that appears to allege a violation of 42 U.S.C. § 1983 to the Nashville Division of the United States District Court for the Middle District of Tennessee and to close this Court's file.

**SO ORDERED.**

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT
/s/ *LeAnna R. Wilson*
CLERK OF COURT